Form 2 - SUITABLE WITH MILITARY                                    Liseth

P694756

**Neil H. Greenberg & Associates, PC**   EMILY REYES COLATO
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

| | |
|---|---|
| CHRISTOPHER CLARK, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | index No. **17-CV-00409** **(SJF)(AKT)** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| MERCHANT ADVANCE EXPRESS INC., ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**MICHAEL BALLATO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **02ND** day of **MARCH 2017, 12:06PM** at    **c/o Platinum Rapid Funding, 360 RXR PLAZA**
         **UNIONDALE NY 11553**
I served the **SUMMONS IN A CIVIL ACTION, CLASS AND COLLECTIVE ACTION COMPLAINT**
upon **VINCENT BARDONG**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **(JOHN SMITH) (WHO REFUSED FULL NAME), COWORKER,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
APP.AGE: **35** APP. HT: **6'**  APP. WT: **180**
OTHER IDENTIFYING FEATURES

On **03/07/2017** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to**  whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the  **DEFENDANT**  is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
07TH day of MARCH, 2017

LISA M. HAGERMAN
Notary Public, State of New York
No. 01HA4967184
Qualified in NEW YORK
Commission Expires 08/02/2018

MICHAEL BALLATO
PM Legal
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-NHG&APC-694756

2a