UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER CLARK, Individually, and on behalf    17-CV-00409 (SJF)(AKT)
of all others similarly situated,

                             Plaintiffs,

-against-

MERCHANT ADVANCE EXPRESS INC.,
STRAIGHT LINE SOURCE INC., ALI MAYAR,
VINCENT BARDONG, and DIMITRIOS TSIKAS,

                             Defendants.
-----------------------------------------------------------------X

<u>MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE</u>

Plaintiff, Christopher Clark, Individually, and on behalf of Opt-in Plaintiffs, Henry Ramos, Mohammed Ghani, Dilkoran P. Singh, Dushon Mancic, Philip Prolo, Austin Hooper, Kenneth Scarr, and Jesse Davis, by and through his counsel of record, moves this Honorable Court for an Order:

1. Approving the settlement of this action;
2. Retaining enforcement jurisdiction to ensure the parties' compliance with the terms and conditions of their Settlement Agreement; and
3. Dismissing this action with prejudice.

This motion is based on the memorandum in support and the fully executed settlement agreement.

Dated: Massapequa, New York
        October 16, 2018

Respectfully submitted by,
Neil H. Greenberg & Associates, P.C.

_____/s/_____
By: Justin M. Reilly, Esq.
Attorneys for Plaintiff
4242 Merrick Road
Massapequa, New York 11758
(516) 228-5100